UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-35-H-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| CEDRIC MARCQUE GILLARD | |

On motion of the Defendant, Cedric Marcque Gillard, and for good cause shown, it is hereby ORDERED that [DE 64] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 4th day of March 2015.

MALCOLM J. HOWARD
Senior United States District Judge